1  RACHELE R. BYRD (SBN 190634)
   MARISA C. LIVESAY (SBN 223247)
2  BRITTANY N. DEJONG (SBN 258766)
   **WOLF HALDENSTEIN ADLER**
3   **FREEMAN & HERZ LLP**
   750 B Street, Suite 1820
4  San Diego, CA 92101
   Telephone: (619) 239-4599
5  Facsimile: (619) 234-4599
   byrd@whafh.com
6  livesay@whafh.com
   dejong@whafh.com
7
   *Attorneys for Plaintiff*
8  [Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIVA STEIN, | 4:19-cv-03444-YGR |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| ELECTRONICS FOR IMAGING, INC., ERIC BROWN, JANICE DURBIN CHAFFIN, GILL COGAN, GUY GECHT, TOM GEORGENS, RICHARD KASHNOW, DAN MAYDAN, and WILLIAM D. MUIR, JR., | JUDGE: Hon. Yvonne Gonzalez Rogers<br>CTRM: 1 – 4th Floor |
| Defendants. | |

1  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),
2  plaintiff Shiva Stein ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the
3  "Action") with prejudice.  Defendants have filed neither an answer nor a motion for summary
4  judgment. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.
5  Plaintiff requests that this Court retain continuing jurisdiction for purposes of entertaining a
6  mootness fee application, if any, which will be filed under this case number.

DATED: July 10, 2019

**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**

By:   */s/ Rachele R. Byrd*
         RACHELE R. BYRD
Rachele R. Byrd
Marisa C. Livesay
Brittany N. DeJong
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

**Of Counsel**:

**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
melwani@whafh.com

*Counsel for Plaintiff*

805293

- 1 -